UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO MONTENEGRO,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.
        _____/

Case Number: CV07-03906 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Santiago Montenegro
H-55090/ ND-65-L
Correctional Training Facility - North
PO Box 705
Soledad, CA 93960-0705

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: August 3, 2007

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk