# EXHIBIT 1



FILED
SUPERIOR COURT
SANTA BARBARA
OCT 30 1992
KENNETH A. ........ County Clerk-Recorder
By: Patty Blaylock

K
V
CC
CA
AC
J ✓
SR
AP
DOC
ST

# Superior Court of the State of California
## for the County of Santa Barbara

### ABSTRACT OF JUDGMENT
(Commitment to State Prison as provided by Penal Code Section 1213.5)

The People of the State of California,

No. SM 073867          vs.

SANTIAGO MONTENEGRO
aka Antonio Mora          Defendant.

Hon. ZEL CANTER
(Judge of Superior Court)

STEVEN PLUMER
(District Attorney)

DAVID OGREN
(Counsel for Defendant)

This certifies that on the ___30th___ day of ___October___, 19_92_ judgment of conviction of the above-named defendant was entered as follows:

In Case No. __SM 073867__ Count No. __1__ he was convicted by __jury__; on his
(Court or Jury)

plea of __Not Guilty__ (guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity); of the crime of __Murder in the Second Degree__

(designation of crime and degree, if any, including fact that it constitutes a second or subsequent conviction of same offense if that affects the sentence and if under Section 209 of the Penal Code whether victim suffered bodily harm):

in violation of __Section 187 (a) of the Penal code, a felony__
(reference to Code or Statute, including Section and Sub-section);

with prior convictions charged and proved or admitted as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| | | | |

Defendant has been held in custody for __423__ days as a result of the same criminal act or acts for which he has been convicted.

Defendant __was__ charged and admitted being, or was found to have been armed with a deadly weapon at
(was/was not)
the time of commission of the offense, or a concealed deadly weapon at the time of his arrest within the meaning of Penal Code Sections 969c and 3024.

Defendant __was__ armed with a deadly weapon at the time of his commission of the offense within the mean-
(was/was not)
ing of Sections 969c and 12022 of the Penal Code.

Defendant __used or was armed with__ a firearm,
(used or was armed with/did not use or was armed with)
explosive device or bomb in his commission of the offense within the meaning of Sections 969d and 12022.5 of

Defendant......**was not**..............adjudged a habitual criminal within the meaning of Sub-division......--..................of
(was/was not)                                                                                                              (a) or (b)

Section 644 of the Penal Code; and the defendant......**is not**..........a habitual criminal in accordance with Sub-divsion (c)
(is/is not)

of that Section.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County of Santa Barbara, and by him delivered to the Director of Corrections of the State of California at the place hereinafter designated.

It is ordered that sentences shall be served in respect to one another as follows:........--..................................................
(NOTE whether concurrent or consecutive as to each count);

and in respect to any prior incomplete sentence(s) as follows:..................................................................................
(NOTE whether concurrent or consecutive as to all incomplete sentences from other jurisdictions);

To THE SHERIFF OF THE COUNTY OF SANTA BARBARA AND TO THE DIRECTOR OF CORRECTIONS:

Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the custody of the Director of Corrections at......**California Institution for Men, Wasco, CA**..............
at your earliest convenience.

WITNESS my hand and seal of said court

this......**30th**..............day of......**October, 1992**..................................................

......**KENNETH PETTIT**..........................................Clerk

by......*/s/ Kamas/*..........................................................................Deputy

[SEAL]

STATE OF CALIFORNIA,       }
                           } ss.
COUNTY OF SANTA BARBARA.   }

I do hereby certify the foregoing to be a true and correct abstract of the judgment duly made and entered on the minutes of the Superior Court in the above-entitled action as provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court this......**30th**..day of....**October**............, **1992**..

**KENNETH PETTIT,**..........................BY.....*/s/ Kamas/*..................................**Deputy**.....................
County Clerk and Ex-officio Clerk of the Superior Court of the State of California

County of Santa Barbara

The Honorable:........**ZEL CANTER**.......................................................................................................
Judge of the Superior Court of the State of California, in and for the

County of Santa Barbara

NOTE: If probation was granted in any sentence of which abstract of judgment is certified, attach a minute order reciting the fact and imposing sentence or ordering a suspended sentence into effect.

