**EXHIBIT 2**

NOT TO BE PUBLISHED

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>SANTIAGO MONTENEGRO,<br><br>    Defendant and Appellant. | 2d Crim. No. B072387<br>(Super.Ct. No. SM73867)<br>(Santa Barbara County)<br><br>COURT OF APPEAL-SECOND DIST.<br>FILED<br>AUG 26 1993<br>JOSEPH A. LANE, Clerk<br>    Deputy Clerk |

   Santiago Montenegro appeals from the judgment entered following a jury trial that resulted in his conviction of second degree murder with the use of a firearm.  (Pen. Code, §§ 187, 12022.5.)  He was sentenced to prison for 15 years to life, plus 2 years for the firearm use enhancement.  We appointed counsel to represent him on this appeal.

   After examination of the record, counsel filed a "Statement by Counsel on Appeal Pursuant to People v. Wende" in which no issues were raised.  On June 17, 1993, we advised appellant that he had 30 days within which to personally submit any contentions or issues which he wished us to consider.  No response has been received to date.

2.

We have examined the entire record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (People v. Wende (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.



YEGAN, J.

We concur:

STONE, P. J.

GILBERT, J.

3.

Zel Canter, Judge
Superior Court County of Santa Barbara

---

Gilbert W. Lentz, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.