# EXHIBIT 5

# DISCIPLINARY HISTORY SHEET
## 115's Disciplinary reports

| DATE | INST. | REASON | FINDINGS |
|---|---|---|---|
| 3-6-02 | CTF-N | Refusing to work | Guilty, 30 days forfeiture of credits |

# DISCIPLINARY HISTORY SHEET
## 128A' Counseling Chronos

| Date | Reason |
|---|---|
| 8-4-95 | Failed to report to class |
| 2-23-96 | Disrupting classroom |
| 8-14-96 | Failed to report to assigned position |
| 1-11-02 | Failure to report to U.C.C. |
| 3-5-02 | Unauthorized absence form work |
| 3-6-02 | Counseling of behavior |
| 3-8-05 | Contraband |

Montenegro, Santiago          CDC#H55090          CTF-Soledad