# EXHIBIT 9

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION 6

April 11, 2007

In re
    Santiago Montenegro
       on Habeas Corpus

B197875
Santa Barbara County No. SM73867

THE COURT:

    The petition for writ of habeas corpus is denied.