# EXHIBIT 11

JUN 25 2007

Court of Appeal, Second Appellate District, Div. 6 - No. B197875
**S152098**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re SANTIAGO MONTENEGRO on Habeas Corpus

---

The petition for review is denied.

SUPREME COURT
**FILED**

JUN 2 0 2007

Frederick K. Ohlrich Clerk
_____
DEPUTY

GEORGE
_____
Chief Justice